UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LORENZOE WILSON**   ] | |
|     Plaintiff,   ] | |
| ] | |
| **v.**   ] | No. 3:16-1859 |
| ] | Judge Campbell |
| **JOHN H. GASSAWAY**   ] | |
|     Defendant.   ] | |

## M E M O R A N D U M

The plaintiff, proceeding *pro se*, is a pre-trial detainee at the Robertson County Detention Facility in Springfield, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against John H. Gassaway, a former Circuit Court Judge in Robertson County, seeking damages and the expungement of a previous conviction.

According to the complaint, Judge Gassaway sentenced the plaintiff to six years in a community corrections program "for a crime that there were no victims present, no evidence, and I was refused a preliminary hearing which is my right to due process." The plaintiff claims that the defendant was corrupt and a racist, which led to his conviction.

A judge enjoys absolute immunity from monetary claims for actions taken within the scope of his jurisdiction. Pierson v. Ray, 386 U.S. 547, 553-54 (1967). Thus, the plaintiff can not obtain damages from the defendant because he was acting within his duties as a judge at the time of his alleged misconduct. Nor would the plaintiff be entitled to an expungement of the conviction unless

1

and until the conviction has been reversed or declared invalid by a state or federal tribunal reviewing the conviction. *See* Heck v. Humphrey, 114 S.Ct. 2364, 2372 (1994).

Because the defendant is cloaked with absolute immunity from liability, the plaintiff has failed to state a claim against the defendant for which relief can be granted. Under such circumstances, the Court is obliged to dismiss this action *sua sponte*. 28 U.S.C. § 1915(e)(2)(B)(iii).

An appropriate order will be entered.

Todd Campbell
United States District Judge